UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

Faisal Ali

                              Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21   -CR- 1774 ) ( )

Defendant Faisal Ali _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

**X**   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

**X**   Bail/Detention Hearing

___   Conference Before a Judicial Officer

_/s/ with consent_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Faisal Ali_
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

**David K. Bertan**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_2·17·2016_
Date

_Katharine Parker_
U.S. District Judge/U.S. Magistrate Judge